AO 442

# United States District Court

for the
District of Utah

UNITED STATES OF AMERICA

V.

**Bradshaw**

Case No: 1:19-cr-00111-RJS

FILED
U.S. DISTRICT COURT
2019 NOV 12 P 12: 43
DISTRICT OF UTAH

ORIGINAL

## ARREST WARRANT

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) **NIKOLAS BENNION BRADSHAW**,
who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**Possession of Child Pornography**

in violation of  18:2252A(a)(5)(B)  United States Code.

D. Mark Jones
Name of Issuing Officer

_signature_
Signature of Issuing Officer

By: Deborah Aston
Deputy Clerk

Clerk of Court
Title of Issuing Officer

November 6, 2019 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/6/19 | Jeff Ross FBI | _signature_ |
| DATE OF ARREST 11/8/19 | | |