171 East 3rd Avenue, Apt 409
Salt Lake City, UT 84103
Mobile: 801-244-2952

Wojciech Nitecki
American Towers Plaza
46 West Broadway, Suite 110
Salt Lake City, UT 84101

RE: Character Reference for Nikolas Bennion Bradshaw

To Whom It May Concern:

Only recently did I learn that my nephew, Nikolas B. Bradshaw, has been in incarcerated. This was shocking to me because he's always been such a delight! I have known Nikolas since his birth as the 5th child in my brother, Jonathan (Jon) D. Bradshaw's family. Jon and his wife, An, have raised all their children with love, compassion, and good discipline. As the youngest, Nikolas [Nik] grew up with a joyful temperament - always friendly and eager to help. I often sat nearby him at family gatherings and holiday celebrations to enjoy his ready smile and hope-filled conversations. I recall an evening with Nik sitting on one side or me, and on my other side sat my older sister, who was struggling with technology on her cellphone. Nik readily volunteered to assist her, and in less than 10 minutes he'd cleaned out unnecessary items on the phone to simply my sister's use of it. This not only displayed his sharp intelligence, but also a willing heart to help those within his reach.

During extended-family gatherings, reunions, and parties, I would marvel at how quickly Nikolas arose from his seat to help with clearing tables, emptying trash, and assisting others. All the while, he remained jovial, energetic, and compassionate. It is painful for me to think that his genuine interest in other people's happiness is curtailed with his current imprisonment.

I have never seen him lash out with negativity – not in harsh words or behavior. Being the youngest child, Nik could be "dumped on" by his siblings who were avoiding tasks; yet he faced such annoyance with rare complaint. He loved his four older siblings, and therefore he put up with their antics that sometimes left him "holding the bag."

I was stunned to hear about Nik's incarceration for behavior that is so unlike my nephew's true character. In my view, Nikolas has always been a gentle soul and a gentleman. I cannot imagine his despair to be imprisoned and not allowed to interact with others in his friendly, uplifting ways. It must crush his tender, giving heart to be jailed among other inmates, who possibly are more hardened than he is. I believe whole-heartedly in Nik's goodness. I believe that despite these discouraging hours, Nik will heal and overcome every weakness that has plagued him during his youth. I truly believe he has enormous potential to be a vital contributor to future society.

With sincerity,

*Bonnie B. Robinson*

Bonnie B. Robinson

Nikolas (Nik) is the kind of guy who is not just looking out for his own self, but is looking out for others as well.  He has always been generous with his smiles, his knowledge, and his help.  He is humble enough to admit wrong-doing, while quietly trying to gain a better understanding of his own motivations and actions.  Nik, like myself, and a number of other family members, has suffered serious depression at times, while hiding his feelings behind a ready smile.   Such depression can distort our perceptions of ourselves and our world.

I am Nik's 70+ year old aunt.  And I would like to offer a brief but typical example of Nik's innate kind and helpful nature.   My sister, (Nik's other aunt) and I were sitting alone, at a very large family wedding reception,  when Nik  suddenly appeared.  We waved him over and, as always, he made us smile and laugh.  The conversation drifted to problems with my cell phone, asking him how to get rid of the junk messages and ads, among other things.  He sat down and spent 25 minutes explaining and clearing my phone of junk.  Then, my sister asked Nik to help with some of her phone issues and he spent another 20 minutes with her explaining and cleaning up her cell phone as well.  He could have chosen to spend his time with his many, fun-loving, cousins and siblings, but instead chose to spend 45 minutes helping  two elderly  aunts.

Nik has always pursued ways to educate and improve himself and to offer his help and knowledge to others.  He has a strong a supportive family that will rally to help him recover a more normal way of life.   I believe he has the strength of character to overcome his past problems with help, therapy, and medication, in a proper treatment facility.  I hope that you will consider making such treatments available for him.

Thank You for your Consideration in this matter.


Sincerely,

Judi Morrell  (Aunt to Nikolas)

Jonathan D. Bradshaw
465 Indian Springs Road
Bountiful, UT 84010

October 5, 2020

Wojciech Nitecki
American Towers Plaza
46 West Broadway, Suite 110
Salt lake City, UT 84101

Re: Nikolas Bennion Bradshaw Character Letter – For Your Use

To Whom It May Concern,

The purpose of this character letter is to provide character insights into Nikolas Bennion Bradshaw (Nik). I am his father, Jonathan D. Bradshaw and have known him since birth and maintain a strong supporting relationship with him because I love him. I have lived with him his entire life, with my wife, save about three years and the time of his incarcerations.

Nik is our youngest (of five) child and has a quick mind and a ready smile for everyone because it is innate. His easy smile stands out, especially in incarceration, because he shares it and people love him for it. Nik has an inborn nature of happiness and joy, generally speaking, and loves to laugh with others and vice versa.

Oddly, his cheery good natured character is at odds internally with depression, that he lives with, but doesn't express as much as he feels internally. Unfortunately, clinical depression is well known to several in our family, but who have found exemplary ways to bear it, and medicate it when needed. Nik has learned from them how depression can color life's experiences, but he, like them, doesn't let depression rule his nature. His strength of character to cheerfully bear his depression is also exemplary.

Nikolas loves others. He readily shares what he has out of his genuine love for them. Nikolas loves people more than things. That is part of who he is. He is intent on sharing good with others, and has often been the instigator of games and goodness in jail to lighten and add interest to other's lives and his own. His good gregarious demeanor also gives him relief for incarceration's very gray world.

He also participates with four others in some religious study and discussions once a week in the Davis Jail, knowing that it serves their common interest. He also has participated with two others in the Tooele Jail in similar studies while being locked down 23 hours a day, because he wanted to. These voluntary experiences he has given himself are outside of any program offerings. There are zero outside program

offerings in Tooele in his housing unit, and there are no program offerings of any kind in the Davis housing unit due to the pandemic. This is a strong indicator to me of his deeply founded religious beliefs that have resurfaced for his, and others good. It also confirms some of his faith and good spiritual character traits written about that I am a witness of in his formative years. I believe his faith, repentance and spiritual traits will continue because he has a deep spiritual foundation and because of who he is. He will continue to change to become better, as most do, because he is founded on deep spiritual roots.

Nik is mild mannered. Nikolas is not aggressive, and does not get angry or let his anger overcome his will to control himself. He has never been in a gang or group doing evil, nor does he stir up others towards villainy. He has never been a bully or abusive to others in words and deeds. His brothers and sisters and their children have corroborated that. We were naturally concerned about that as loving parents to our grandchildren who could have been abused, but who were not abused, as witnessed by those who questioned them. That is a relief and a blessing, but I believe, given Nik's charge, he only has a very reduced potential for hands on abuse because he has not acted on opportunity in our own family. I am not a therapist, but that is also what his Pyscho-Sexual Evaluation Report said, and it is also what he claims; that he has not abused or have any hands-on offenses. That rings true to me. Everyone has potential for evil. I believe Nik's potential for abusing others is not high and is reducing, at whatever level it has been and could be professionally judged.

Nik's last employer (Nutriceuticals) promoted Nikolas about once a month to more and more responsibility. We teased him that he would be in company management soon, but the truth is, he did have to manage others and was very responsible in leading and doing good work for them. He had to fire some people for behavior. Nik is a hard worker, when motivated. Nikolas has all the motivations now to be hard working, as he was from about March – August in 2019 when he was arrested the second time. I would like to have his last employer write to you about Nik's strong hard working character, but don't know who to ask to do that. Nik also left that job as he was arrested for his relapse, so it is also a tender place to ask for that favor, but they loved him, until his arrest.

Nikolas has a deep, innate understanding of computer hardware and software. His abilities to be creative flow naturally out of him, as they also do for others in the family and my greater family circle of brothers, sisters and Nik's cousins who are top programmers, scientists, mathematicians and good people. Good leaders in the world. His brothers and sisters are doing excellent things in the world in their spheres as parents and responsible good contributors to society. The purpose in sharing this idea is that it is part of Nik's character also. Nik was distracted, but not taken completely off this shared path early in life. He has such potential for good and potential to use his natural technical abilities on computers that is part of his nature and native skillset.

Nik was abused by a young playmate when he was about 6 and again by another friend's older brother (we just learned of the second abuse after reading his Psycho-Sexual Report.) We were shocked and upset after learning of the first abuse, but we did not press charges, nor did we seek professional help for him, due to his youth and my ignorance and inexperience thinking our moral family lifestyle and teachings would be enough. My responsibility and my mistake. I wish I had done differently. No child should have borne these formative abuse burdens without therapy, but Nik did, managing his young life with his best ways, but then tainted life's experience. I bring these tragedies up because I believe that given his

character, he will be and has been (in 2019) positively responsive to therapy, which he was in the midst of receiving, when he relapsed towards a pornography addiction. Relapses are not OK, common to all addictions, but due to his character, I believe he will overcome it, if you will send him to a facility with Sex Offender Treatment programs. Please give him the right, best experiences he needs, including the therapy he seeks and wants.

We appreciate your important role in determining what his future should be, based on his past and will respect your just decision to let his punishment fit the crime and his need. I hope that this fills in a fuller profile of Nik's character, so his otherwise unknown aspects can be known.

Respectfully,

Jonathan Bradshaw

Brett M. Bradshaw
3930 Glade Hollow Way Bountiful, UT 84010
October 5, 2020

Wojciech Nitecki
American Towers Plaza
46 West Broadway, Suite 110 Salt lake City, UT 84101

Re: Nikolas Bennion Bradshaw Character Letter – For Your Use

To Whom It May Concern,

The purpose of this character letter is to provide character insights into Nikolas Bennion Bradshaw (Nik). I am a neighbor and friend of the Bradshaw family (as far as I know, I am not related; last names are coincidental), and I have known Nik for 15 years as his Young Men's advisor in The Church of Jesus Christ of Latter Day Saints youth program and as Nik's employer of almost a year.

Nik was an amazing young man that impressed me very much. By 15, he had read the old testament, new testament, Book of Mormon, Doctrine and Covenant and Pearl of Great Price. Who does something like this? I believe he was an outstanding academic student as well. I enjoyed my time with him as his advisor. He always had great things to share in our weekly class and was very insightful. At some point in his senior year of high school, Nik began to change and became an atheist. I remember talking with him about this and why his direction changed. It was such a shock. We couldn't figure out what happened. I still remained in contact with Nik.

Sometime after Nik graduated from high school, my company, Spring Mobile, hired Nik to do website and creative work. Nik was an outstanding employee who always showed up on time and was always in a tie. The staff really enjoyed working with him and he did great work while with us.

The last time I saw Nik was at his home in December of 2018. I talked with Nik about his future and where he would like to go from here. He had been through his conviction, jailtime, and all the difficulty entailed with that. He was remorseful. He told me that he wanted a future in programing and wanted a better life. His views about atheism had changed as well. He knew there was a God. A clear sign that his mind was starting to change. I was excited for his prospects after this meeting with him.

 I believe Nik has a lot he can offer the world and that he needs a chance to get better physiologically and mentally- of course after he pays for his crimes and is rehabilitated. I would advocate in this letter that a long jail sentence isn't the best course of action for someone that I think can add to the betterment of society. Nik needs to pay for his crimes. Nik also needs to have the best sentence and treatment so he can have a productive life. I hope my insights into what I know about Nik were somewhat helpful.

Respectfully,

Brett M. Bradshaw

Up whom it may concern,

I am writing to share my experience with Nicholas Bradshaw. I have known Nik for nearly 18 years and found him to be a young man with a bright future for many years. When I learned of his recent legal challenges, my heart ached for Nik because he has such loving parents who taught him a better way to live. I never knew Nik to say or do anything that was inappropriate. One of the last times I was with Nik was several years ago on a 10 mile hike in the Wind River mountain range in Wyoming. Like the other boys he grew weary due to the mosquitos and steep mountain ascent, but Nik never complained. He was not a quitter and picked himself up and kept moving forward.

I hope that Nik is given a second chance to make his mark in society in a positive way. I know he can do it. He has it in him and will carry with him the compassion of two wonderful parents that will carry him forward with dignity and love.

Sincerely,

Karl Wilson

To Whom it may concern:
Re: Nikolas Bradshaw

I have known Nik Bradshaw and interacted with him regularly from age 11 until he went to college.  I was a neighbor, Boy Scout leader, and a Young Mens leader to Nik and observed him under many circumstances with many different people.

Nik was kind to everyone I saw him interact with. I don't remember him demeaning anyone verbally or emotionally, even when others around him did. Nik was honest and always did things that he said he would do.  For his age he was more mature than others and would directly tell you if he could not make a meeting or do a project.  He was thoughtful and helped others when accomplishing tasks like setting up a tent or preparing for an activity.  He has respected people of all ages and shared his skills with computers with so many people.

He is a brave person and overcame, on his own accord, a fear of water and swimming. I once saw Nik sit on the edge of a 20 foot cliff for over an hour before he finally jumped into a mountain lake. He is a poor swimmer and this was frightening for him.  I sensed that he wanted to jump for his own development and not because many boys were trying to persuade him to jump.  He ultimately waited until everyone had left and no one was watching as he jumped.  I believe this was to insure that he was not doing this for peer pressure but for self growth.

When he was accused of child pornography, he went to his parents and seemed amazingly forthright in telling them what mistakes he had made and needed to own up to, and what things he was wrongly accused of and would never consider doing.  This type of honest self assessment creates a path improvement.  This type of integrity is different than so many people who deny making any mistakes and spend much energy to convincing others they don't need to change.  Fortunate for Nik, I believe his humility and integrity have already made him a better person through his mistakes.

I believe Nikolas Bradshaw is a sincere young man with great interest is doing much more with his life.  I believe he can be trusted to become a stronger man with any leniency he is given.

Kindest Regards
Eric Johnston MD
Bountiful UtaH

An Bradshaw
465 Indian Springs Rd.
Bountiful, UT 84010
385-216-4588
arbshaw@gmail.com

October 2, 2020

The Honorable Judge Robert J. Shelby
Chief Judge of the United States District Court, District of Utah
351 S. West Temple, Room 10.100
Salt Lake City, UT 84101

Re: Sentencing of Nikolas Bennion Bradshaw

Dear Judge Shelby,

My son, Nikolas Bradshaw, is a defendant in a case before you. Writing this letter is difficult for many reasons. I never thought one of my children would be in this position. I never imagined my husband and I would spend years navigating the judicial and correctional systems. I always felt incredibly blessed to have a close family with children who loved and supported each other, genuinely enjoyed spending time as a family, and seemed to be doing good things in life. This experience has brought pain and devastation unlike any other. And yet, through it all, we remain a family and parents and grandparents to people we love as only parents can.

I do not excuse or minimize the devastating impacts of child pornography. I cannot fathom a person's interest in it or the pain of the victim. In trying to make sense of the unsensible, I've looked over Nikolas's childhood. Nikolas was sexually abused as a child. I knew about a friend's sibling, but because she was just two to three years older (Nikolas was around five), I thought my husband and I did enough by talking to her parents. I can see now we should have put him into counseling. Unfortunately, I didn't know about another friend's much older brother (12 years older) until I read the psychosexual evaluation done after his arrest. I ache knowing that Nikolas did not come to us for help, yet I know too well that childhood sexual abuse is a deeply humiliating and personal experience and sometimes the only way to survive it is to bury it deep. I believe these early experiences sexualized Nikolas in an unhealthy way and his resulting child porn viewing is a manifestation of his trauma.

I also believe that people can change and overcome addictions through counseling and a desire to change. Friends who are therapists for sex offenders have told me that pornography addictions change the brain more than drug and alcohol addictions. Relapses, as with any addiction, are

unfortunately normal. Society seems to understand that breaking a substance addiction takes ongoing efforts and treatment, yet we don't recognize other addictions also require repeated efforts and counseling. I know Nikolas can change his behavior and I know he has a strong desire to do so. I believe in redemption and the power to change. Nikolas's psychosexual evaluation and polygraph examinations indicate he was never a hands-on offender and is at very low risk for becoming a hands-on offender. I absolutely believe he can change his behavior.

Nikolas is so much more than his criminal charge. He always had a tender heart and he's looked out for anyone less fortunate than himself. His time and efforts prior to incarceration were dedicated to serving people and organizations in need. He was known in school as a friend to all and he had several circles of good friends. He is warm and inclusive. He has a great work history with several companies. In jail he's been given the nickname "Smiles" because that is his nature. I've been touched by the many people who've expressed love and support for Nikolas. He is a very good person, not perfect, but the good in him far outweighs the bad.

Throughout this miserable time my husband and I've hoped Nikolas would have the experiences that would facilitate change. I know he wants to overcome his problem. I'm hoping for a sentence that allows for treatment, safety, and enables him to come out of prison a better person, rather than a broken man. I believe he will yet contribute to society in many wonderful ways.

I appreciate your time and consideration as you make the decision regarding Nikolas's sentence. It cannot be an easy task to weigh all the factors and determine what is just. I do not envy the burden you carry in each of your cases, but I am appreciative of your role in the judicial process.

Sincerely,


An Bradshaw